IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS ALEXANDER, *Special Representative for the Estate of Penny Alexander*,

Plaintiff,

v.

PUPPY TRAVELERS, LLC and ZACHARIAH MCCULLY,

Defendants.

Case No. 19-cv-858 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 6, 2020**     **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**